IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GUSTAVO VILLANUEVA,

    Petitioner,

v.

BRAD CAIN,

    Respondent.

Case No. 2:21-cv-00714-JR

ORDER

RUSSO, Magistrate Judge.

    The Court GRANTS petitioner's Unopposed Motion for Order Dismissing Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 Without Prejudice (ECF No. 15).

    IT IS SO ORDERED.

    DATED this  21  day of July, 2021.

*Jolie A. Russo*
Jolie A. Russo
United States Magistrate Judge

1 - ORDER